AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

## OFFENSE CHARGED

Ct. 1: 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud
Cts. 2-14: 18 U.S.C. § 1343 – Wire Fraud

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: For all counts: Maximum term of imprisonment of 20 years; Maximum fine of $250,000 or twice the gross gain or loss, whichever is greater; Maximum of 3 years of supervised release; $100 special assessment; possible restitution and forfeiture as determined by the Court

### DEFENDANT - U.S

▶ JASWANT SINGH GILL aka JASON GILL

DISTRICT COURT NUMBER

No. 4:16-CR-00219 JSW

**FILED**

MAY – 4 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation (FBI)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   } SHOW DOCKET NO.
☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant   } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person
Furnishing Information on this form   Brian J. Stretch
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Lloyd Farnham

## DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   } If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ▶   Month/Day/Year   May 27, 2016

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☒ SUPERSEDING

**— OFFENSE CHARGED —**

Ct. 1: 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud
Cts. 2-14: 18 U.S.C. § 1343 – Wire Fraud

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: For all counts: Maximum term of imprisonment of 20 years;
Maximum fine of $250,000 or twice the gross gain or loss,
whichever is greater; Maximum of 3 years of supervised release;
$100 special assessment; possible restitution and forfeiture as
determined by the Court

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**— DEFENDANT - U.S**

▶ JAVIER CARLOS RIOS

DISTRICT COURT NUMBER

No. 4:16-CR-00219 JSW

**FILED**

MAY – 4 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**— PROCEEDING —**

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation (FBI)

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:     SHOW DOCKET NO.
   ☐ U.S. ATTORNEY ☐ DEFENSE

☐ this prosecution relates to a
pending case involving this same
defendant     MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form    Brian J. Stretch

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Lloyd Farnham

**— DEFENDANT —**

**IS NOT IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Southern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer
been filed?   ☐ Yes    If "Yes"
give date
☐ No    filed

DATE OF
ARREST    Month/Day/Year
May 25, 2016

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY    Month/Day/Year

☐ This report amends AO 257 previously submitted

**— ADDITIONAL INFORMATION OR COMMENTS —**

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

*4:16 CR-219 JSW*

*FILED*

*MAY - 4 2017*

*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA,

V.

JASWANT SINGH GILL aka JASON GILL and
JAVIER CARLOS RIOS,

DEFENDANT(S).

# SUPERSEDING INDICTMENT

Title 18 U.S.C. § 1349 - Conspiracy to Commit Wire Fraud;
Title 18 U.S.C. § 1343 - Wire Fraud;
Title 18 U.S.C. § 2 - Aiding and Abetting;
Title 18 U.S.C. § 981 (a)(1)(C) & 28 U.S.C. § 2461(c) - Criminal Forfeiture.

A true bill.

_Karen Williams_
Foreman

Filed in open court this ___4___ day of

_May 2017_.

_Melinda Lozenski_
Clerk

SALLIE KIM
~~United States Magistrate Judge~~

Bail, $ _no process_

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11  UNITED STATES OF AMERICA,            )   CASE NO. 4:16-CR-00219 JSW
                                         )
12         Plaintiff,                    )   VIOLATIONS: 18 U.S.C. § 1349 – Conspiracy to
                                         )   Commit Wire Fraud; 18 U.S.C. § 1343 – Wire Fraud;
13    v.                                 )   18 U.S.C. § 2 – Aiding and Abetting; 18 U.S.C.
                                         )   § 981(a)(1)(C) & 28 U.S.C. § 2461(c) – Criminal
14  JASWANT SINGH GILL                   )   Forfeiture
         a/k/a JASON GILL, and           )
15  JAVIER CARLOS RIOS,                  )   OAKLAND VENUE
                                         )
16         Defendants.                   )
                                         )
17  _____     )

18              S U P E R S E D I N G   I N D I C T M E N T

19         The Grand Jury charges:

20               INTRODUCTORY ALLEGATIONS

21         At all times relevant to this Superseding Indictment:

22         1.      The defendant, JASWANT SINGH GILL, who was also known as JASON GILL, was an

23  individual who resided in San Diego, California, and Atlanta, Georgia.

24         2.      The defendant, JAVIER CARLOS RIOS, was an individual who resided in National

25  City, California, and San Diego, California.

26         3.      JSG Capital Investments LLC ("JSG Capital") was a purported investment company

27  located in San Diego, California.  GILL was allegedly JSG Capital's founder, Chief Executive Officer

28  and President.  RIOS was allegedly the owner and Strategic Relationship Manager at JSG Capital.

SUPERSEDING INDICTMENT
4:16-CR-00219 JSW

FILED

MAY 4 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    MANNER AND MEANS OF THE SCHEME TO DEFRAUD

2       4.      Beginning no later than in or about September 2014, and continuing to in or about May

3    2016, the defendants,

4                           JASWANT SINGH GILL and
                            JAVIER CARLOS RIOS,
5

6    knowingly and with the intent to defraud participated in, devised, and executed a scheme and artifice to

7    defraud investors in JSG Capital as to a material matter and to obtain money and property from those

8    investors by means of materially false and fraudulent pretenses, representations, and promises, and by

9    means of concealment of material facts.

10      5.      As part of the manner and means of the scheme to defraud, GILL, RIOS, and others at

11   JSG Capital made false and misleading representations and promises to investors in JSG Capital,

12   including, but not limited to, promises that investor funds would be used to purchase so-called pre-IPO

13   shares of private companies such as Uber Technologies and Airbnb.  GILL, RIOS, and others also told

14   investors that investor funds would be used to trade in the stock market, and that GILL was a successful

15   trader who had formerly worked for a large investment bank.

16      6.      As part of the manner and means of the scheme to defraud, GILL, RIOS, and others

17   associated with JSG Capital told potential investors that JSG Capital investments were protected by an

18   insurance policy that would prevent the loss of investor funds.

19      7.      In addition, potential investors were encouraged to invest money far beyond amounts

20   suitable for the particular investors.  In some cases, where investors did not have funds to invest in JSG

21   Capital, GILL and RIOS encouraged potential investors to borrow money at high interest rates in order

22   to invest with JSG Capital.

23      8.      As part of the manner and means of the scheme to defraud, GILL, RIOS, and others

24   associated with JSG Capital told potential investors that investments in JSG Capital would pay regular

25   investment returns of up to five percent per month, payable monthly or weekly.  In order to prove to

26   investors that JSG Capital was a legitimate and profitable investment, GILL and RIOS touted the past

27   regular payments to investors.

28      9.      Potential investors were shown false and misleading documents and trading records that

SUPERSEDING INDICTMENT
4:16-CR-00219 JSW                          2

1  made it appear that JSG Capital made large profitable trades in the stock market and that GILL, RIOS,
2  and JSG Capital controlled assets of more than $20 million.

3      10.    In fact, GILL, RIOS, and others at JSG Capital fraudulently diverted and stole investor
4  funds for their own personal use and benefit by, among other things, converting investor funds into cash,
5  transferring investor funds to their own personal bank accounts, and using investor funds for personal
6  expenses like rent, restaurants, nightclubs, hotels, and retail shopping.

7      11.    GILL, RIOS, and others at JSG Capital concealed their fraud by paying earlier investors
8  alleged "interest" payments and so-called lulling payments using more recent investor funds in a manner
9  that was consistent with a classic Ponzi scheme.

10      12.    In this manner, GILL, RIOS and others at JSG Capital raised in excess of $9.3 million in
11  investor funds and fraudulently diverted and stole in excess of $5.5 million.

12  COUNT ONE:        (18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud)

13      13.    The allegations in Paragraphs 1 through 12 are realleged and incorporated as if fully set
14  forth here.

15      14.    Beginning at a time unknown to the Grand Jury, but no later than May 2015, and
16  continuing to in or about May 2016, both dates being approximate and inclusive, in the Northern District
17  of California and elsewhere, the defendants,

18                            JASWANT SINGH GILL and
                          JAVIER CARLOS RIOS,
19

20  and others, did knowingly and intentionally conspire to participate in, devise, and execute a scheme and
21  artifice to defraud investors in JSG Capital as to a material matter and to obtain money and property
22  from those investors by means of materially false and fraudulent pretenses, representations, and
23  promises, and by means of concealment of material facts, and, for the purpose of executing such scheme
24  and artifice, did knowingly and intentionally cause to be transmitted, in interstate commerce, by means
25  of a wire communication, certain writings, signs, and signals, in violation of Title 18, United States
26  Code, Section 1343.

27      All in violation of Title 18, United States Code, Section 1349.

28  ///

SUPERSEDING INDICTMENT
4:16-CR-00219 JSW                3

1  COUNTS TWO THROUGH FOURTEEN:  (18 U.S.C. § 1343 – Wire Fraud)

2       15.     The factual allegations in paragraphs 1 through 14, including the scheme and artifice

3  alleged therein, are re-alleged and incorporated as if fully set forth here.

4                              THE USE OF THE WIRES

5       16.     In the Northern District of California and elsewhere, for the purpose of executing the

6  aforementioned scheme and artifice to defraud and attempting to do so, the defendants,

7                          JASWANT SINGH GILL and
                          JAVIER CARLOS RIOS,

8

9  did knowingly cause to be transmitted in interstate commerce, by means of a wire communication,

10  certain writings, signs, and signals, specifically the following wire transmissions on the following dates,

11  with the wire relating to the investors A.B. and R.M., individuals known to the grand jury:

| COUNT | DATE | INVESTOR | DESCRIPTION |
|---|---|---|---|
| 2 | August 13, 2015 | A.B. | An electronic payment in the amount of approximately $250,000 from an account at First Republic Bank to a JSG Capital account at BBVA Compass Bank |
| 3 | May 12, 2015 | R.M. | An electronic payment in the amount of approximately $20,000 from an account at Union Bank to a JSG Capital account at BBVA Compass Bank |
| 4 | June 15, 2015 | R.M. | An electronic payment in the amount of approximately $1,500 from a JSG Capital account at BBVA Compass Bank to an account at Union Bank |
| 5 | July 15, 2015 | R.M. | An electronic payment in the amount of approximately $1,500 from a JSG Capital account at BBVA Compass Bank to an account at Union Bank |
| 6 | August 17, 2015 | R.M. | An electronic payment in the amount of approximately $1,500 from a JSG Capital account at BBVA Compass Bank to an account at Union Bank |
| 7 | September 22, 2015 | R.M. | An electronic payment in the amount of approximately $1,500 from a JSG Capital account at BBVA Compass Bank to an account at Union Bank |
| 8 | November 18, 2015 | R.M. | An electronic payment in the amount of approximately $1,500 from a JSG Capital account at BBVA Compass Bank to an account at Union Bank |
| 9 | December 15, 2015 | R.M. | An electronic payment in the amount of approximately $1,500 from a JSG Capital account at BBVA Compass Bank to an account at Union Bank |
| 10 | January 28, 2016 | R.M. | An electronic payment in the amount of approximately $1,500 from a JSG Capital account at BBVA Compass Bank to an account at Union Bank |

| COUNT | DATE | INVESTOR | DESCRIPTION |
|---|---|---|---|
| 11 | February 17, 2016 | R.M. | An electronic payment in the amount of approximately $1,500 from a JSG Capital account at BBVA Compass Bank to an account at Union Bank |
| 12 | March 14, 2016 | R.M. | An electronic payment in the amount of approximately $1,500 from a JSG Capital account at BBVA Compass Bank to an account at Union Bank |
| 13 | April 15, 2016 | R.M. | An electronic payment in the amount of approximately $1,500 from a JSG Capital account at BBVA Compass Bank to an account at Union Bank |
| 14 | May 18, 2016 | R.M. | An electronic payment in the amount of approximately $3,500 from a JSG Capital account at BBVA Compass Bank to an account at Union Bank |

Each of the above wire transmissions were issued or terminated in the Northern District of California, and the transmission was processed and transmitted to and from computer servers outside of the state of California by the Federal Reserve Wire Network operated by the United States Federal Reserve Banks.

Each in violation of Title 18, United States Code, Sections 1343 and 2.

FORFEITURE ALLEGATION:        (18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461(c) – Criminal Forfeiture)

17.     All of the allegations contained in this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

18.     Upon a conviction for the offenses alleged in Counts One through Fourteen of this Superseding Indictment, the defendants,

JASWANT SINGH GILL and
JAVIER CARLOS RIOS,

shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) all property constituting, and derived from, proceeds the defendant obtained directly and indirectly, as the result of those violations, including, but not limited to, all real property or personal property, and including, but not limited to, a sum of not less than $9,300,000, representing the amount of proceeds obtained as a result of the offenses and scheme to defraud alleged in Counts One through Fourteen.

19.     If any of the aforementioned property, as a result of any act or omission of the defendants,

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property that cannot be divided without difficulty;

any and all interest the defendants have in other property shall be vested in the United States and forfeited to the United States pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

All in violation of Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED:  May 4, 2017                                    A TRUE BILL.


_____
FOREPERSON


BRIAN J. STRETCH
United States Attorney


_____
ELISE BECKER
Deputy Chief, Criminal Division

Approved as to form:

_____
LLOYD FARNHAM
Assistant United States Attorney


SUPERSEDING INDICTMENT
4:16-CR-00219 JSW                               6