STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507

Counsel for Defendant JAVIER RIOS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16 00219 JSW[KAW] |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING RELEASE CONDITIONS** |
| v. | |
| JAVIER RIOS, | |
| Defendant. | |

Javier Rios has been out of custody in this matter since July 2016. He resides in Chula Vista, California, and is compliant with all conditions of his pretrial release. Mr Rios would like to take his daughters to visit his mother, Tammy Webb, in Glendale, Arizona during a break in the school year. Mr Rios would like to travel to Arizona on September 17, 2017 and return to the Southern District of California on September 22, 2017. Pretrial Services has no objection to this request.

For these reasons, IT IS STIPULATED AND AGREED that the conditions of Javier Rios's release be modified to permit him to travel to the District of Arizona on September 17, 2017 and return to the Southern District of California on September 22, 2017. Mr Rios shall provide his itinerary and contact information to Pretrial Services prior to travel. Mr Rios shall comply with all current conditions of his pretrial release, and any travel conditions that Pretrial Services deems

appropriate.

    SO STIPULATED.

September 11, 2017                 __/s/ Lloyd Farnham_____
                                           LLOYD FARNHAM
                                           Assistant United States Attorney

September 11, 2017                 __/s/ Jerome E. Matthews_____
                                           JEROME E. MATTHEWS
                                           Assistant Federal Public Defender

September 11, 2017                 __/s/ Betty Kim_____
                                           BETTY KIM
                                           Pretrial Services Supervising Officer

    Good cause appearing therefor, IT IS ORDERED that the conditions of Javier Rios's release be modified to permit him to travel to the District of Arizona on September 17, 2017 and return to the Southern District of California on September 22, 2017.  Mr Rios shall provide his itinerary and contact information to Pretrial Services prior to travel.  Mr Rios shall comply with all current conditions of his pretrial release, and any travel conditions that Pretrial Services deems appropriate.

September _12_, 2017                _____
                                           KANDIS A. WESTMORE
                                           United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28